# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 17-08636 |
| JULIAN D. GOMEZ, | ) | |
| and | ) | Chapter 13 |
| YVETTE R. GOMEZ, | ) | |
| Debtors. | ) | Hon. Judge CASSLING |

## NOTICE OF MOTION

To: See attached list.

PLEASE TAKE NOTICE that on **October 21, 2021**, at **9:30 A.M.**, I will appear before the Honorable Judge **CASSLING**, or any judge sitting in that judge's place, and present the **Motion to Vacate Payroll Order**, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID.

**Meeting ID**. The meeting ID for this hearing is **161 414 7941** and the passcode is **619**. The meeting ID and passcode can also be found on the judge's page on the court's website.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Julian and Yvette Gomez
By: Michael R. Colter, II
David M. Siegel & Assoc., LLC
790 Chaddick Drive, Wheeling, IL 60090
847-520-8100

## CERTIFICATE OF SERVICE

I, Michael R. Colter, II, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by method indicated on the list on October 12, 2021, 5:00 P.M.

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Thomas H. Hooper, Chapter 13 Trustee: ecf@55chapter13.com

*To the following persons or entities who have been served via U.S. Mail:*
Julian and Yvette Gomez, 18616 Page Ave., Homewood, IL, 60430

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| In Re: ) | 17-08636 |
| JULIAN D. GOMEZ, ) | |
| and ) | Chapter 13 |
| YVETTE R. GOMEZ, ) | |
| Debtors. ) | Hon. Judge CASSLING |

## MOTION TO VACATE PAYROLL ORDER

NOW COME the Debtors, **Julian and Yvette Gomez**, by and through their attorneys, David M. Siegel & Assoc., LLC, to present their Motion, and in support thereof state as follows:

1) Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2) On March 20, 2017, Debtors filed a voluntary petition for relief pursuant to Chapter 13.

3) On June 13, 2019, an Order to Employer to Pay the Trustee was entered for Yvette Gomez document #54, requesting the debtor's employer deduct the full amount of the monthly plan payment each month.

4) According to the National Data Center ndc.org, Debtors have completed their plan payments to the trustee.

5) Debtors respectfully request that the payroll control order be vacated since Debtors have completed their plan payments.

WHEREFORE, the Debtors, **Julian and Yvette Gomez**, pray that this Honorable Court enter an Order to Vacate the Payroll Control Order, and for other such relief as the Court deems fair and proper.

Respectfully Submitted,

/s/ Michael R. Colter, II
Michael R. Colter, II, A.R.D.C. #6304675
Attorney for the Debtor
mcolter@davidmsiegel.com